952

No. 855. Humble Oil & Refining Co. v. Independent Industrial Workers' Union. C. A. 5th Cir. Certiorari denied. *Charles Janvier* for petitioner. ■■

No. 857. Seneca Nation of Indians v. United States. C. A. 2d Cir. Certiorari denied. *Arthur Lazarus, Jr.,* for petitioner. *Solicitor General Cox, Roger P. Marquis* and *Edmund B. Clark* for the United States.

No. 860. Woodmar Realty Co. v. McLean, Trustee in Bankruptcy, et al. C. A. 7th Cir. Certiorari denied. *Owen W. Crumpacker, Harold Abrahamson* and *Milton K. Joseph* for petitioner. *Porter R. Draper* for respondents.

No. 861. Minichello et al. v. Saxon, Comptroller of the Currency, et al. C. A. 3d Cir. Certiorari denied. *Arthur D. Dalessandro* and *Conrad A. Falvello* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for respondent Saxon.

No. 863. Mercury Metalcraft Co. v. McCarty. Sup. Ct. Mich. Certiorari denied. *Cass S. Jaros* and *Marjorie S. Jaros* for petitioner.

No. 865. Patsis, aka Nickas v. Immigration and Naturalization Service. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondent.

No. 878. Sullivan v. New Jersey. Sup. Ct. N. J. Certiorari denied. *De Long Harris* for petitioner.